PROB 35

## ORDER TERMINATING TERM OF SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket Number:  2:01CR00378-01** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DUSHAWN L. LEE** | ) | |
| _____ | ) | |

On November 13, 2001, the above-named was placed on a term of Supervised Release for a period of 36 months.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

**Reviewed by:**   /s/Rafael G. Loya
**RAFAEL G. LOYA**
**Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated this 10th day of  June, 2005.

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL, JR.**
**United States District Judge**

kmm
Attachment:  Recommendation
cc:      Assistant United States Attorney
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35.MRG